IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-04526 MCF

OSWAIDA ORTIZ MARTINEZ

Chapter 13

XXX-XX-4982

FILED & ENTERED ON 06/06/2011

Debtor(s)

## NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY

On 05/31/2011, debtor(s) filed a motion for continuation of the automatic stay as to debtor (docket entry #5). In accordance with PR LBR 4001-5, if an objection is timely filed, a hearing will be held on 06/21/2011 at 09:30 A.M. at the US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, FIFTH FLOOR, COURTROOM 5, OLD SAN JUAN, PUERTO RICO.  If no objection is filed, the hearing may be vacated.

San Juan, Puerto Rico, this 06 day of June, 2011.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

BY:   Ivonne Canales
Case Manager

cc: All creditors