```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

IN RE:                                    CASE NO. 11-04526-MCF
OSWAIDA ORTIZ MARTINEZ
                                             CHAPTER 13

DEBTOR (S)

NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for Tue Jul 5, 2011 at 10:00 am has been continued to Mon Aug 15, 2011 at 9:00 am at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

In San Juan, Puerto Rico this, Wednesday, July 20, 2011.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535

11-04526-MCF                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | OSWAIDA ORTIZ MARTINEZ<br>PO BOX 1518<br>ARROYO, PR 00714 |
| BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902 |
| DEPARTAMENTO DEL TRABAJO<br>AVE. MUOZ RIVERA 505<br>HATO REY, PR 00918 | DORAL FINANCIAL CORPORATION<br>PO BOX 71529<br>SAN JUAN, PR 00936-8629 |
| FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 41567<br>PHILADELPHIA, PA 19101 |
| POPULAR FINANCE<br>PO BOX 71564<br>SAN JUAN, PR 00936-8664 | PORFOLIO ADQUISITIONS<br>OSI COLLECTION SERVICES INC<br>PO BOX 947<br>BROOKFIELD, WI 53008-0947 |
| PR TELEPHONE CO<br>PO BOX 70239<br>SAN JUAN, PR 00936 | PREPA<br>PO BOX 364267<br>SAN JUAN, PR 00936 |
| VELMA DIAZ CARRASQUILLO<br>PO BOX 361508<br>SAN JUAN, PR 00936-1508 | WALMART PUERTO RICO INC<br>PLAZA DEL PARQUE<br>1500 AVE COMERIO<br>BAYAMON, PR 00961 |
| DATED: July 20, 2011 | OLGA SOSA<br>OFFICE OF THE CHAPTER 13 TRUSTEE |